IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK PIDGEON, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H–13–3768 |
| | § | |
| ANNISE PARKER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The briefing of the threshold issues raised in this case will follow these deadlines:

### **DEADLINES**

1. January 9, 2014 — The proposed intervenors' supplement to their motion to intervene, (Docket Entry No. 9), addressing whether the present case should be consolidated with *Freeman v. Parker*, No. H–13–3755.

2. January 21, 2014 — Defendants' response to Plaintiffs' motion for remand, (Docket Entry No. 11).

3. January 30, 2014 — Plaintiffs' and Defendants' responses to the proposed intervenors' supplemental motion to intervene.

4. February 4, 2014 — Plaintiffs' reply in support of motion for remand.

5. February 11, 2013 — Defendants' surreply to Plaintiffs' motion for remand.

SIGNED on January 8, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge