IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JACK PIDGEON and LARRY HICKS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-3768 |
| MAYOR ANNISE PARKER and CITY OF HOUSTON, | § § § § | |
| Defendants. | § | |

## ORDER OF REMAND

In accordance with this court's Memorandum and Opinion of even date, this action is remanded to the 310th Judicial District of Harris County, Texas.

SIGNED on August 28, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge